No. 02–9881. NITSCHKE *v.* OREGON. Ct. App. Ore. Certiorari denied.

No. 02–9887. LYONS *v.* BEELER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 02–9901. WHEELER *v.* JONES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–9947. PALMER *v.* LAVIGNE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–9950. MUSICA *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–9971. MORE *v.* DEPARTMENT OF LABOR, ADMINISTRATIVE REVIEW BOARD. C. A. 7th Cir. Certiorari denied.

No. 02–9972. ALOMBA *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–9975. CLEMONS *v.* LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 02–9976. EDWARDS *v.* DOBBS ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–9977. KRONCKE *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. Ct. App. Ariz. Certiorari denied.

No. 02–9995. ALTHOUSE *v.* DALLAS COUNTY JAIL MEDICAL DEPARTMENT ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–10000. GRIFFIN *v.* KANSAS. Ct. App. Kan. Certiorari denied.

No. 02–10004. CABANILLA *v.* BATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–10020. DUNCAN *v.* MIRO, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–10028. ECKLES *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.